Zeeb v. Bahnmaier.

---

No. 21,115.

SOPHIA ZEEB, *Appellee*; V. CHARLES BAHNMAIER, *Appellant*.

OPINION DENYING A REHEARING.

Appeal from Douglas district court; CHARLES A. SMART, judge,   Opinion denying a rehearing filed December 19, 1918. (For original opinion of reversal see *ante*, p. 599.)

*R. E. Melvin*, of Lawrence, for the appellant.

*John J. Riling*, and *Edward T. Riling*, both of Lawrence, for the appellee.

The opinion of the court was delivered by

DAWSON, J.: In a petition for a rehearing, the point is urged that the jury had a right to disbelieve the testimony of the Bahnmaiers. That may be conceded, but theirs was the only evidence showing whose errand was being prosecuted when the younger Bahnmaier committed the tort. If the testimony of the Bahnmaiers was not true, there is nevertheless a complete lack of evidence to show that the tort-feasor, the younger Bahnmaier, was on any errand of service or agency for his father when the accident occurred; and this leaves nothing upon which to fasten liability on the father, and nothing upon which a new trial could be based.

Rehearing denied.